IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRENA DENISE SCOTT,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:23-cv-2504-JDW |
| : | |
| **PROJECT HOME,** *et al.*, : | |
| Defendant. : | |

### ORDER

AND NOW, this 19th day of December, 2024, upon consideration of Defendants' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 (ECF No. 44), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Motion In Opposition To Defendant's Motion For Summary Judgment (ECF No. 45) is **DENIED AS MOOT**.

The Clerk shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.